**Fill in this information to identify the case:**

Debtor Name: Track Barn LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-42441-mxm11

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: October

Date report filed: 11/21/2025 (MM / DD / YYYY)

Line of business: Apparel Business

NAISC code: 454110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Carl McCargo

Original signature of responsible party: /s/ Carl McCargo

Printed name of responsible party: Carl McCargo

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Track Barn LLC                             Case number 25-4244-mxm11

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 6,769.82

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 135,040.10

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 104,606.78

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 30,433.32

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 37,203.14

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 18,000.00

    *(Exhibit E)*

Debtor Name  Track Barn LLC          Case number 25-4244-mxm11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ 56,000.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   3
27. What is the number of employees as of the date of this monthly report?   1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 10,000.00
30. How much have you paid this month in other professional fees?   $ 0.00
31. How much have you paid in total other professional fees since filing the case?   $ 12,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 40,000.00 | − | $ 135,040.00 | = | $ 95,040.00 |
| 33. **Cash disbursements** | $ 30,000.00 | − | $ 104,607.00 | = | $ 74,607.00 |
| 34. **Net cash flow** | $ 22,000.00 | − | $ 30,433.00 | = | $ 8,433.00 |

35. Total projected cash receipts for the next month:   $ 43,000.00
36. Total projected cash disbursements for the next month:   − $ 50,000.00
37. Total projected net cash flow for the next month:   = $ -7,000.00

Debtor Name **Track Barn LLC**     Case number **25-4244-mxm11**

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

![CHASE]

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025
Primary Account: **000000732197531**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00310008 DRE 201 219 30525 NNNNNNNNNNN    1 000000000 64 0000
TRACK BARN LLC
17034 COUNTY ROAD 4067
SCURRY TX 75158



## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
    - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
    - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
    - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking$^{SM}$, Business Total Savings$^{SM}$ and Premier Savings$^{SM}$:**
    - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
    - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
    - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | 000000732197531 | $6,299.45 | $36,732.76 |
| Chase Business Premier Savings | 000005077826917 | 470.37 | 470.38 |
| Total | | $6,769.82 | $37,203.14 |
| **TOTAL ASSETS** | | **$6,769.82** | **$37,203.14** |

Page 1 of 12



October 01, 2025 through October 31, 2025
Primary Account: 000000732197531

## CHASE PLATINUM BUSINESS CHECKING

TRACK BARN LLC                                     Account Number: 000000732197531

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $6,299.45 |
| Deposits and Additions | 34 | 135,040.09 |
| Checks Paid | 2 | -943.29 |
| ATM & Debit Card Withdrawals | 106 | -28,810.30 |
| Electronic Withdrawals | 47 | -74,837.62 |
| Fees | 2 | -15.57 |
| **Ending Balance** | **191** | **$36,732.76** |

Your account ending in 6917 is linked to this account for overdraft protection.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Remote Online Deposit     1 | $2,200.00 |
| 10/01 | Remote Online Deposit     1 | 2,043.00 |
| 10/01 | Remote Online Deposit     1 | 208.37 |
| 10/01 | Orig CO Name:Shopify         Orig ID:4270465600 Desc Date:     CO Entry Descr:Transfer  Sec:CCD  Trace#:111000020103689 Eed:251001   Ind ID:St-O8D6K6U1N2L6         Ind Name:Carl Mccargo Trn: 2740103689Tc | 650.83 |
| 10/02 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer  Sec:CCD  Trace#:091000012145248 Eed:251002   Ind ID:St-B6W7D8V2B9K6         Ind Name:Carl Mccargo Trn: 2752145248Tc | 161.40 |
| 10/03 | Orig CO Name:Shopify         Orig ID:4270465600 Desc Date:     CO Entry Descr:Transfer  Sec:CCD  Trace#:111000029780065 Eed:251003   Ind ID:St-P1N2V2V6T8M7         Ind Name:Carl Mccargo Trn: 2769780065Tc | 11,216.90 |
| 10/06 | Orig CO Name:Shopify         Orig ID:4270465600 Desc Date:     CO Entry Descr:Transfer  Sec:CCD  Trace#:111000023103624 Eed:251006   Ind ID:St-Q6K6C6G4G0K8         Ind Name:Carl Mccargo Trn: 2793103624Tc | 629.13 |
| 10/07 | Deposit       1281713382 | 5,420.00 |
| 10/07 | Deposit       1281713384 | 3,860.00 |
| 10/07 | Deposit       1281713383 | 2,535.00 |
| 10/07 | Deposit       1281713381 | 2,486.80 |
| 10/07 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer  Sec:CCD  Trace#:091000016107764 Eed:251007   Ind ID:St-M5G4I9F8B5M2         Ind Name:Carl Mccargo Trn: 2806107764Tc | 916.57 |



October 01, 2025 through October 31, 2025
Primary Account: **000000732197531**



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/09 | Orig CO Name:Northwest ISD       Orig ID:2756003004 Desc Date:251009 CO Entry Descr:General Opsec:PPD    Trace#:091000013547336 Eed:251009   Ind ID: Ind Name:0001Track Barn, LLC Trn: 2823547336Tc | 4,211.70 |
| 10/09 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:091000013052785 Eed:251009   Ind ID:St-Q9W5G4S9A2Y7       Ind Name:Carl Mccargo Trn: 2823052785Tc | 235.42 |
| 10/14 | Remote Online Deposit           1 | 1,659.50 |
| 10/14 | Orig CO Name:Bill.Com            Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD    Trace#:021000026123747 Eed:251014   Ind ID:015Kqetznqp0Zmv        Ind Name:Track Barn, LLC Trn: 2876123747Tc | 0.97 |
| 10/15 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:091000017100813 Eed:251015   Ind ID:St-L8V1S0V8U7I8       Ind Name:Carl Mccargo Trn: 2887100813Tc | 5,288.15 |
| 10/15 | Orig CO Name:Shopify            Orig ID:Shopifypmt Desc Date:251015 CO Entry Descr:Transfer  Sec:Web    Trace#:021000023591479 Eed:251015   Ind ID:Shopify Ind Name:Carl Mccargo Trn: 2883591479Tc | 1,740.36 |
| 10/16 | Orig CO Name:Shopify            Orig ID:4270465600 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:111000021692275 Eed:251016   Ind ID:St-O7D6I3L9V1J6       Ind Name:Carl Mccargo Trn: 2891692275Tc | 281.99 |
| 10/17 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:091000018163435 Eed:251017   Ind ID:St-J9V0W1J8G6W2       Ind Name:Carl Mccargo Trn: 2908163435Tc | 929.66 |
| 10/17 | Orig CO Name:Shopify            Orig ID:Shopifypmt Desc Date:251017 CO Entry Descr:Transfer  Sec:Web    Trace#:021000020174403 Eed:251017   Ind ID:Shopify Ind Name:Carl Mccargo Trn: 2900174403Tc | 128.32 |
| 10/20 | Orig CO Name:Shopify            Orig ID:4270465600 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:111000021569709 Eed:251020   Ind ID:St-K2R5F1E9P5F6       Ind Name:Carl Mccargo Trn: 2931569709Tc | 1,673.20 |
| 10/20 | Orig CO Name:Shopify            Orig ID:Shopifypmt Desc Date:251020 CO Entry Descr:Transfer  Sec:Web    Trace#:021000021328032 Eed:251020   Ind ID:Shopify Ind Name:Carl Mccargo Trn: 2931328032Tc | 111.65 |
| 10/21 | Orig CO Name:Shopify            Orig ID:4270465600 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:111000021811789 Eed:251021   Ind ID:St-E7M7O3T0J0X6       Ind Name:Carl Mccargo Trn: 2941811789Tc | 646.61 |
| 10/22 | Remote Online Deposit           1 | 3,130.00 |
| 10/22 | Remote Online Deposit           1 | 736.40 |
| 10/23 | Remote Online Deposit           1 | 1,460.00 |
| 10/23 | Orig CO Name:Shopify            Orig ID:4270465600 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:111000027857963 Eed:251023   Ind ID:St-K9H8P3Z4A3S6       Ind Name:Carl Mccargo Trn: 2967857963Tc | 649.58 |
| 10/24 | Deposit     1276530179 | 64,255.00 |
| 10/27 | Orig CO Name:Shopify            Orig ID:4270465600 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:111000022998508 Eed:251027   Ind ID:St-R1Y2Z0U0E3U5       Ind Name:Carl Mccargo Trn: 3002998508Tc | 73.88 |
| 10/28 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:091000011716599 Eed:251028   Ind ID:St-A3U6B1C5V4A6       Ind Name:Carl Mccargo Trn: 3011716599Tc | 2,379.83 |
| 10/30 | Deposit     1266189911 | 7,725.00 |
| 10/30 | Credit Return: Basic Online Payroll Payment 11193081672 To ########5374 | 4,600.00 |
| 10/30 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:         CO Entry Descr:Transfer  Sec:CCD    Trace#:091000010968294 Eed:251030   Ind ID:St-W3G2X0N2W9A7       Ind Name:Carl Mccargo Trn: 3030968294Tc | 794.87 |
| **Total Deposits and Additions** | | **$135,040.09** |

**CHASE**

October 01, 2025 through October 31, 2025

Primary Account: **000000732197531**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5993 ^ | | 10/03 | $276.02 |
| 9866 * ^ | | 10/16 | 667.27 |
| **Total Checks Paid** | | | **$943.29** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/01 | Card Purchase | 09/30 Teamwork Athletic 800-345-3482 NC Card 0810 | $66.06 |
| 10/01 | Card Purchase | 09/30 Teamwork Athletic 800-345-3482 NC Card 0810 | 39.08 |
| 10/01 | Card Purchase | 10/01 Printful Inc. 134001634 Charlotte NC Card 0810 | 22.50 |
| 10/01 | Recurring Card Purchase 10/01 Google *Ads234088631 Cc@Google.Com CA Card 0810 | | 541.46 |
| 10/02 | Recurring Card Purchase 10/01 Digital Nexus Godigitalnexu NC Card 0810 | | 147.00 |
| 10/02 | Card Purchase | 10/01 Teamwork Athletic 800-345-3482 NC Card 0810 | 69.79 |
| 10/02 | Card Purchase | 10/01 Tom Thumb Fuel 5834 Forney TX Card 0810 | 40.00 |
| 10/02 | Card Purchase | 10/01 Kaufman Ace Hardware Kaufman TX Card 0810 | 47.57 |
| 10/02 | Card Purchase | 10/01 Teamwork Athletic 800-345-3482 NC Card 0810 | 175.95 |
| 10/02 | Card Purchase | 10/01 Teamwork Athletic 800-345-3482 NC Card 0810 | 66.06 |
| 10/03 | Card Purchase | 10/02 UPS*1947260732 502-485-2222 KY Card 8115 | 250.62 |
| 10/03 | Card Purchase | 10/02 Sq *Dominator Athletics Gosq.Com IN Card 0810 | 191.80 |
| 10/06 | Card Purchase | 10/02 Teamwork Athletic 800-345-3482 NC Card 0810 | 65.98 |
| 10/06 | Card Purchase | 10/03 Teamwork Athletic 800-345-3482 NC Card 0810 | 66.06 |
| 10/06 | Card Purchase | 10/03 Teamwork Athletic 800-345-3482 NC Card 0810 | 36.72 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 1,697.85 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 802.62 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 535.08 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 1,420.02 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 1,574.37 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 2,726.85 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 977.55 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 257.25 |
| 10/06 | Card Purchase | 10/04 Bill.Com* Niza Sports Bill.Com CA Card 0810 | 669.88 |
| 10/06 | Card Purchase | 10/04 Ace Parking App 800-925-7275 CA Card 0810 | 18.00 |
| 10/06 | Card Purchase | 10/05 Google *Gsuite_ Cc@Google.Com CA Card 0810 | 900.00 |
| 10/06 | Recurring Card Purchase 10/06 Google *Gsuite_Track Cc@Google.Com CA Card 0810 | | 872.97 |
| 10/07 | Card Purchase | 10/06 Upwork * -853360126 866-262-4478 CA Card 0810 | 593.25 |
| 10/07 | Card Purchase | 10/07 Amz*Amazon Payments Amzn.Com/Bill WA Card 0810 | 50.74 |
| 10/08 | Card Purchase Mx Nu Peso 351.67 X 0.05465351 (Exchg Rte) | 10/07 Amazon Mx Marketplac Ciudad De Mex Card 0810 | 19.22 |
| 10/08 | Recurring Card Purchase 10/07 Digital Nexus Godigitalnexu NC Card 0810 | | 50.00 |
| 10/08 | Card Purchase With Pin | 10/08 Wal Wal-Mart #4164 001 Kaufman TX Card 0810 | 21.52 |
| 10/09 | Recurring Card Purchase 10/08 Digital Nexus Godigitalnexu NC Card 0810 | | 497.00 |



October 01, 2025 through October 31, 2025
Primary Account: 000000732197531

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/09 | Card Purchase          10/09 Bill.Com* Areya Holder Bill.Com CA Card 0810 | 1,029.00 |
| 10/09 | Recurring Card Purchase 10/09 Shipstation 512-8864006 TX Card 0810 | 53.29 |
| 10/10 | Card Purchase          10/09 Teamwork Athletic 800-345-3482 NC Card 0810 | 39.78 |
| 10/10 | Recurring Card Purchase 10/10 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/10 | Recurring Card Purchase 10/10 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/10 | Recurring Card Purchase 10/10 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/14 | Recurring Card Purchase 10/10 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/14 | Recurring Card Purchase 10/10 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/14 | Recurring Card Purchase 10/11 Google *Ads234088631 Cc@Google.Com CA Card 0810 | 500.00 |
| 10/14 | Recurring Card Purchase 10/12 Adobe  *800-833-6687 Adobe.Ly/Enus CA Card 0810 | 37.09 |
| 10/14 | Recurring Card Purchase 10/11 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/14 | Card Purchase          10/13 His*Hiscox Inc 888-202-3007 NY Card 0810 | 320.17 |
| 10/14 | Card Purchase          10/13 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/14 | Recurring Card Purchase 10/13 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/14 | Recurring Card Purchase 10/13 Fillout.Com Fillout.Com OR Card 8115 | 89.00 |
| 10/14 | Recurring Card Purchase 10/13 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/14 | Card Purchase          10/13 Upwork * -855543668 866-262-4478 CA Card 0810 | 1,075.72 |
| 10/14 | Recurring Card Purchase 10/14 Openai *Chatgpt Subscr Openai.Com CA Card 0810 | 20.00 |
| 10/14 | Recurring Card Purchase 10/14 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/15 | Recurring Card Purchase 10/14 Www.Make.Com Www.Make.Com NY Card 8115 | 482.67 |
| 10/15 | Card Purchase          10/14 Sq *Dominator Athletics Gosq.Com IN Card 0810 | 144.80 |
| 10/15 | Card Purchase          10/15 Facebk *9Yzxb2Hb42 650-5434800 De Card 8115 | 266.73 |
| 10/16 | Card Purchase          10/15 Teamwork Athletic 800-345-3482 NC Card 0810 | 35.45 |
| 10/16 | Recurring Card Purchase 10/16 Shopify* 431623696 Shopify.Com IL Card 0810 | 711.21 |
| 10/16 | Recurring Card Purchase 10/16 Finaloop, Inc. Finaloop.Com NY Card 0810 | 395.00 |
| 10/17 | Recurring Card Purchase 10/16 Digital Nexus Godigitalnexu NC Card 0810 | 50.00 |
| 10/17 | Card Purchase          10/16 Teamwork Athletic 800-345-3482 NC Card 0810 | 38.29 |
| 10/17 | Card Purchase          10/16 Teamwork Athletic 800-345-3482 NC Card 0810 | 50.75 |
| 10/17 | Card Purchase          10/16 Teamwork Athletic 800-345-3482 NC Card 0810 | 77.18 |
| 10/17 | Card Purchase          10/16 Teamwork Athletic 800-345-3482 NC Card 0810 | 70.49 |
| 10/17 | Card Purchase          10/16 Teamwork Athletic 800-345-3482 NC Card 0810 | 34.39 |
| 10/17 | Card Purchase          10/16 Teamwork Athletic 800-345-3482 NC Card 0810 | 344.38 |
| 10/20 | Card Purchase          10/16 Teamwork Athletic 800-345-3482 NC Card 0810 | 49.50 |
| 10/20 | Card Purchase          10/17 Teamwork Athletic 800-345-3482 NC Card 0810 | 39.07 |
| 10/20 | Card Purchase          10/18 San Mar Issaquah WA Card 0810 | 74.24 |
| 10/20 | Card Purchase          10/18 San Mar Issaquah WA Card 0810 | 30.84 |
| 10/20 | Card Purchase          10/17 Impact Canopies USA 951-6741441 CA Card 0810 | 1,455.51 |
| 10/20 | Card Purchase          10/18 Sanmar 206-7273200 WA Card 0810 | 6.12 |
| 10/20 | Card Purchase          10/18 Sanmar 206-7273200 WA Card 0810 | 2.53 |
| 10/20 | Recurring Card Purchase 10/18 Digital Nexus Godigitalnexu NC Card 0810 | 50.00 |
| 10/20 | Card Purchase          10/20 Bill*Bill-25107665894 650-621-7700 CA Card 0810 | 205.47 |
| 10/21 | Card Purchase          10/20 Upwork * -857714975 866-262-4478 CA Card 0810 | 1,065.75 |
| 10/22 | Recurring Card Purchase 10/21 Softr.Io Berlin Card 0810 | 323.00 |
| 10/22 | Card Purchase With Pin  10/22 Wm Supercenter #4164 Kaufman TX Card 0810 | 14.63 |
| 10/23 | Card Purchase          10/22 Alliant Credit Union 773-4622000 IL Card 0810 | 992.78 |
| 10/23 | Recurring Card Purchase 10/22 Cloudconvert Grunwald Card 0810 | 9.00 |
| 10/23 | Recurring Card Purchase 10/23 Google *Ads234088631 Cc@Google.Com CA Card 0810 | 500.00 |
| 10/24 | Recurring Card Purchase 10/24 Shopify* 435485287 Shopify.Com IL Card 8115 | 91.27 |





October 01, 2025 through October 31, 2025
Primary Account: **000000732197531**

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/27 | Recurring Card Purchase 10/25 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/25 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/25 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/25 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/26 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/26 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Card Purchase          10/26 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/26 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/27 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/27 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Recurring Card Purchase 10/27 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/27 | Card Purchase With Pin  10/27 Wm Supercenter #516 Gun Barrel Ci TX Card 0810 | 119.91 |
| 10/28 | Card Purchase          10/27 Sq *Tnt Graphix Gosq.Com TX Card 0810 | 231.00 |
| 10/28 | Card Purchase          10/27 Upwork * -859850219 866-262-4478 CA Card 0810 | 999.25 |
| 10/28 | Card Purchase          10/28 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/28 | Card Purchase          10/28 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/28 | Card Purchase          10/28 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/29 | Recurring Card Purchase 10/29 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/30 | Recurring Card Purchase 10/29 Cloudinary Inc Cloudinary.CO CA Card 0810 | 103.95 |
| 10/30 | Recurring Card Purchase 10/29 Google *Ads234088631 Cc@Google.Com CA Card 0810 | 500.00 |
| 10/31 | Card Purchase          10/30 Payoneer.Com*90759686 800-251-2521 NY Card 0810 | 103.98 |
| 10/31 | Recurring Card Purchase 10/30 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/31 | Recurring Card Purchase 10/31 Www.Make.Com Www.Make.Com NY Card 8115 | 12.60 |
| 10/31 | Card Purchase With Pin  10/31 Wal-Mart #5480 Round Rock TX Card 0810 | 26.09 |
| 10/31 | Card Purchase With Pin  10/31 Murphy7712Atwalmart Round Rock TX Card 0810 | 100.00 |
| **Total ATM & Debit Card Withdrawals** | | **$28,810.30** |

## ATM & DEBIT CARD SUMMARY

Carl Bernard Mccargo  Card 0810

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $27,290.38 |
| Total Card Deposits & Credits | $0.00 |

Joshua Griffith Colley  Card 8115

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,520.49 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $28,810.87 |
| Total Card Deposits & Credits | $0.00 |



October 01, 2025 through October 31, 2025
Primary Account: 000000732197531



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/01 | Orig CO Name:Financial Pacifi    Orig ID:9118771358 Desc Date:100125 CO Entry Descr:Lease Pymtsec:CCD    Trace#:123205059178268 Eed:251001   Ind ID:001-2612043-901        Ind Name:Track Barn LLC Trn: 2749178268Tc | $314.65 |
| 10/03 | Zelle Payment To Johnathan  Martinez Jpm99Bpm496G | 75.00 |
| 10/09 | Zelle Payment To Johnathan  Martinez Jpm99Bq8K8Wq | 60.00 |
| 10/14 | Orig CO Name:Bill.Com        Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD   Trace#:021000026123749 Eed:251014   Ind ID:015Kqetznqp0Zmv     Ind Name:Track Barn, LLC Trn: 2876123749Tc | 0.97 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570585 Eed:251015   Ind ID:015Sjiruftp34Uo   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063327 Inv 6548-25 Trn: 2887570585Tc | 2,970.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570581 Eed:251015   Ind ID:015Ievpvytp34Um   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063442 Inv 7719-25 Trn: 2887570581Tc | 1,276.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570587 Eed:251015   Ind ID:015Tplnupfp34Up   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063370 Inv 8025-25 Trn: 2887570587Tc | 1,040.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570573 Eed:251015   Ind ID:015Tqtkvrcp34Ui   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063969 Inv 6725-25 Trn: 2887570573Tc | 964.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570575 Eed:251015   Ind ID:015Umldolyp34Uj   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063983 Inv 6705-25 Trn: 2887570575Tc | 864.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570595 Eed:251015   Ind ID:015Tlpjptnp34UT   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063875 Inv 7590-25 Trn: 2887570595Tc | 822.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570589 Eed:251015   Ind ID:015Yeulcunp34Uq   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063614 Inv 6883-25 Trn: 2887570589Tc | 650.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570613 Eed:251015   Ind ID:015Pmphltcp34V2   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063159 Inv 6939-25 Trn: 2887570613Tc | 600.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570611 Eed:251015   Ind ID:015Qucoxdmp34V1        Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063919 Inv 7022-25 Trn: 2887570611Tc | 570.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570605 Eed:251015   Ind ID:015Qkqjsqsp34Uy   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063628 Inv 6413-25 Trn: 2887570605Tc | 390.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570601 Eed:251015   Ind ID:015Qewuqxxp34Uw        Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063405 Inv 6880-25 Trn: 2887570601Tc | 360.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.      Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables Sec:CCD   Trace#:021000027570571 Eed:251015   Ind ID:015Jutainkp34Uh   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202  - 6063606 Inv 6342-25 Trn: 2887570571Tc | 350.00 |



October 01, 2025 through October 31, 2025
Primary Account: 000000732197531

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570566 Eed:251015   Ind ID:015Cfyjdwqp34Uf   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063945 Inv 7355-25 Trn: 2887570566Tc | 336.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570609 Eed:251015   Ind ID:015Jlmdjerp34V0   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063759 Inv 5870-25 Trn: 2887570609Tc | 270.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570569 Eed:251015   Ind ID:015Lfmenkmp34Ug       Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063799 Inv 6346-25 Trn: 2887570569Tc | 250.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570579 Eed:251015   Ind ID:015Lusvegop34Ul   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063889 Inv 6768-25 Trn: 2887570579Tc | 182.00 |
| 10/15 | Orig CO Name:Sba Eidl Loan     Orig ID:7300000118 Desc Date:251014 CO Entry Descr:Payment  Sec:CCD   Trace#:041036046969323 Eed:251015   Ind ID:0000   Ind Name:Carl Mccargo          5179678201 ACH Transaction Trn: 2886969323Tc | 147.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570583 Eed:251015   Ind ID:015Rbfhlesp34Un   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063309 Inv 7421-25 Trn: 2887570583Tc | 125.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570591 Eed:251015   Ind ID:015Ztxymkup34Ur   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063965 Inv 18229S Trn: 2887570591Tc | 111.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570603 Eed:251015   Ind ID:015Izplxncp34Ux   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063452 Inv 6547-25 Trn: 2887570603Tc | 103.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570577 Eed:251015   Ind ID:015Ybngadyp34Uk       Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063885 Inv 5864-25 Trn: 2887570577Tc | 97.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570597 Eed:251015   Ind ID:015Ikgyiupp34Uu   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063763 Inv 6188-25 Trn: 2887570597Tc | 80.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570607 Eed:251015   Ind ID:015Jttvxzxp34Uz   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063739 Inv 7130-25 Trn: 2887570607Tc | 71.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570593 Eed:251015   Ind ID:015Vzqxykyp34US       Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063848 Inv 6190-25 Trn: 2887570593Tc | 70.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570599 Eed:251015   Ind ID:015Rpuenmzp34Uv       Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063783 Inv 7351-25 Trn: 2887570599Tc | 51.00 |
| 10/15 | Orig CO Name:Niza Sports Inc.    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD   Trace#:021000027570615 Eed:251015   Ind ID:015Jpdhbxup34V3   Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101202 - 6063824 Inv 6834-25 Trn: 2887570615Tc | 35.00 |



October 01, 2025 through October 31, 2025
Primary Account: 000000732197531



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000029412553 Eed:251021   Ind ID:015Iedmzkxpe2Mv         Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101802 - 7845179 Inv 8203-25 Trn: 2949412553Tc | 1,860.00 |
| 10/21 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000029412557 Eed:251021   Ind ID:015Gwhczdmpe2Mx         Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101802 - 7844953 Inv 8296-25 Trn: 2949412557Tc | 1,803.00 |
| 10/21 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000029412555 Eed:251021   Ind ID:015Ujxnhsdpe2Mw         Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101802 - 7845129 Inv 6603-25 Trn: 2949412555Tc | 877.00 |
| 10/21 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000029412544 Eed:251021   Ind ID:015Lqfjxyupe2Mr Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101802 - 7845235 Inv 7762-25 Trn: 2949412544Tc | 169.00 |
| 10/21 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000029412549 Eed:251021   Ind ID:015Kmjorbxpe2MT         Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101802 - 7845213 Inv 7136-25 Trn: 2949412549Tc | 71.00 |
| 10/21 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000029412551 Eed:251021   Ind ID:015Sbyxjfmpe2Mu Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101802 - 7845223 Inv 7371-25 Trn: 2949412551Tc | 70.00 |
| 10/21 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000029412547 Eed:251021   Ind ID:015Javgluzpe2MS Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25101802 - 7845251 Inv 6414-25 Trn: 2949412547Tc | 40.00 |
| 10/22 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000028514650 Eed:251022   Ind ID:015Xtbfthcpggg1 Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25102102 - 8189758 Inv Tb-057-2025 Trn: 2958514650Tc | 1,530.00 |
| 10/22 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000028514645 Eed:251022   Ind ID:015Dmrzyqxpggfz Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25102102 - 8189857 Inv 8832-25 Trn: 2958514645Tc | 648.00 |
| 10/22 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000028514652 Eed:251022   Ind ID:015Fkxjbntpggg2 Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25102102 - 8190463 Inv 7776-25 Trn: 2958514652Tc | 385.00 |
| 10/22 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000028514648 Eed:251022   Ind ID:015Dbxqoefpggg0 Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25102102 - 8189916 Inv 8331-25 Trn: 2958514648Tc | 300.00 |
| 10/24 | Zelle Payment To Johnathan  Martinez Jpm99Bs4TX8V | 45.00 |
| 10/27 | 10/27 Basic Online Payroll Payment 11193081672 To #######5374 | 4,600.00 |
| 10/27 | 10/27 Online ACH Payment 11193081711 To Digitalnexus (_#######3534) | 10,000.00 |
| 10/27 | Zelle Payment To Mccargos Jpm99Bsg4Bwx | 5,000.00 |
| 10/29 | Orig CO Name:Niza Sports Inc.     Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables Sec:CCD  Trace#:021000026031917 Eed:251029   Ind ID:015Nuzizkdpswt3 Ind Name:Track Barn, LLC       Niza Sports Inc. Bill.Com P25102802 - 0045452 Multiple Invoices Trn: 3026031917Tc | 29,605.00 |
| 10/29 | 10/29 Basic Online Payroll Payment 11193366199 To #######5374 | 4,600.00 |
| **Total Electronic Withdrawals** | | **$74,837.62** |



October 01, 2025 through October 31, 2025

Primary Account: **000000732197531**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Service Charges For The Month of September | $15.00 |
| 10/08 | Foreign Exch Rt ADJ Fee 10/07 Amazon Mx Marketplac Ciudad De Mex Card 0810 | 0.57 |
| **Total Fees** | | **$15.57** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $10,402.90 | 10/14 | 25,191.96 | 10/23 | 13,243.83 |
| 10/02 | 10,017.93 | 10/15 | 18,542.27 | 10/24 | 77,362.56 |
| 10/03 | 20,441.39 | 10/16 | 17,015.33 | 10/27 | 57,577.93 |
| 10/06 | 8,449.32 | 10/17 | 17,407.83 | 10/28 | 58,689.71 |
| 10/07 | 23,023.70 | 10/20 | 17,279.40 | 10/29 | 24,472.11 |
| 10/08 | 22,932.39 | 10/21 | 11,970.26 | 10/30 | 36,988.03 |
| 10/09 | 25,740.22 | 10/22 | 12,636.03 | 10/31 | 36,732.76 |
| 10/10 | 25,662.64 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $2.50 |
| **Total Service Charges** | **$97.50**  Will be assessed on 11/3/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 7 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 20 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 160 | 500 | 0 | $0.40 | $0.00 |
| **Cash Management Services** | | | | | |
| Online - Tax / Payroll Return | 1 | 0 | 1 | $2.50 | $2.50 |
| **Subtotal Other Service Charges (Will be assessed on 11/3/25)** | | | | | **$97.50** |

**ACCOUNT** 000000732197531

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |



October 01, 2025 through October 31, 2025
Primary Account: **000000732197531**

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 7 | | | | |
| Electronic Credits | 20 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 160 | | | | |
| **Cash Management Services** | | | | | |
| Online - Tax / Payroll Return | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



## CHASE BUSINESS PREMIER SAVINGS

**TRACK BARN LLC**                                      Account Number: 000005077826917

### SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $470.37 |
| Deposits and Additions | 1 | 0.01 |
| **Ending Balance** | 1 | $470.38 |
| Annual Percentage Yield Earned This Period | | 0.03% |
| Interest Paid This Period | | $0.01 |
| Interest Paid Year-to-Date | | $0.02 |

The monthly service fee for this account was waived as an added feature of a linked Chase Platinum Business Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | $470.37 |
| 10/31 | Interest Payment | 0.01 | 470.38 |
| | **Ending Balance** | | $470.38 |

30 deposited items are provided with your account each month. There is a $0.40 fee for each additional deposited item.



October 01, 2025 through October 31, 2025

Primary Account: **000000732197531**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**